FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 JUL 30 PM 1:28

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHARLES E. ANDERSON,

    Petitioner,

v.

WARDEN CEDRIC TAYLOR,

    Respondent.

CASE NO. CV411-260

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 17), to which objections have been filed (Doc. 24). After a careful de novo review of the record, the Court finds that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Petitioner's § 2254 Petition is **DISMISSED**. As noted in the report and recommendation, the Court declines to grant Petitioner a Certificate of Appealability, rendering moot any request for leave to appeal in forma pauperis. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of July 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA